UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

NANCY M. WAGNER,

        Plaintiff,

-v-                                                            Case No: 16-CV-300

RIVERFRONT ACTIVITY CENTER, INC.

        Defendant.

---

## STIPULATION OF VOLUNTARY DISMISSAL

---

        Pursuant to Federal Rule of Civil Procedure 41(a)(1), the undersigned counsel of record for all parties to the above-captioned action hereby stipulate that the above-captioned action is voluntarily dismissed, with prejudice, and without costs or fees to any party.

        Dated this 24th day of April, 2017.

| | |
|---|---|
| By: s/Peter J. Fox | By: s/Mark A. Johnson |
| Peter M. Reinhardt | Mark A. Johnson |
| *State Bar No. 1037925* | *State Bar No. 1018110* |
| **Fox & Fox, S.C.** | **Ogletree, Deakins, Nash, Smoak & Stewart, P.C.** |
| 124 W. Broadway | Pabst Boiler House |
| Monona, WI  53716 | 1243 North 10th Street, Suite 200 |
| Tel: 608-258-9588 | Milwaukee, WI  53205 |
| Fax: 608-258-9105 | |
| pfox@foxquick.com | mark.johnson@ogletree.com |
| ATTORNEYS FOR PLAINTIFF | ATTORNEYS FOR DEFENDANT |
| NANCY WAGNER | RIVERFRONT ACTIVITY CENTER, INC. |